FILED
2016 DEC 20  AM 10: 30
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-0818-PAL |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR EDUARDO HERNANDEZ (ID#) 2799796 |
| vs. | |
| EDUARDO HERNANDEZ, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **EDUARDO HERNANDEZ** before the United States District Court at Las Vegas, Nevada, on or about December 20, 2016, at the hour of 3:00 p.m. for initial appearance/arraignment and plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 20th, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336

FILED
2016 DEC 20  AM 10: 30
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-0818-PAL |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR EDUARDO HERNANDEZ |
| vs. | (ID#) 2799796 |
| EDUARDO HERNANDEZ, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **EDUARDO HERNANDEZ**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **EDUARDO HERNANDEZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **EDUARDO HERNANDEZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on December 20, 2016, at the hour of 3:00 p.m., for initial appearance/arraignment and plea and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **EDUARDO HERNANDEZ** before the United States District Court on or about December 20, 2016 at the hour of 3:00 p.m., for initial

appearance/arraignment and plea and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **EDUARDO HERNANDEZ** before the United States District Court on or about December 20, 2016, at the hour of 3:00 p.m., for initial appearance/arraignment and plea and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 19th day of December, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Susan Cushman

_____
SUSAN CUSHMAN
Assistant United States Attorney