RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Eduardo Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDUARDO HERNANDEZ,<br><br>  Defendant. | Case No. 2:17-cr-00006-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Eduardo Hernandez, that the Revocation Hearing currently scheduled on June 12, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) week.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction from June 5, 2018 through June 13, 2018.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 5th day of June, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00006-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO HERNANDEZ, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, June 12, 2018 at 10:00 a.m., be vacated and continued to  June 21, 2018  at the hour of  2:00  p.m. in Courtroom 6C.

DATED this 5th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE